UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 15-054 |
| DONALD L. JONES | SECTION "M" (2) |

## ORDER

A hearing on the government's Rule to Revoke Probation, Record Doc. No. 15, will be conducted on **November 4, 2019 at 11:00 a.m.** before United States Magistrate Judge Joseph C. Wilkinson, Jr., 500 Poydras Street, United States Courthouse, Room B421, New Orleans, Louisiana. Defendant and his counsel must appear in person. The Clerk is hereby directed to issue a summons to defendant and to notify the United States Attorney and the United States Probation Office.

New Orleans, Louisiana, this ___21st___ day of October, 2019.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE